UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: .: 1:13-cv-00117-FJS-CFH

v.

GEORGE SPENCER, JR.
        Defendant

## DEFAULT JUDGMENT IN A CIVIL CASE

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on February 11, 2013, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of March 2013, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover George Spencer, Jr., defendant, who resides at; 59 Wynantskill Way, Troy, New York 12180, damages in the amount of $10,976.02 and have execution therefor.

        LAWRENCE K. BAERMAN, CLERK

BY: *Barbara Woodford*
      Deputy Clerk